UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                          :
:   **ORDER**
:
-against-                                   :   22 Cr. 240 (AKH)
:
:
SUNG KOOK (BILL) HWANG and PATRICK   :
HALLIGAN,                                          :
:
Defendants.           :
:
--------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

The start of trial in the above-captioned case is adjourned to May 6, 2024 at 10:00 a.m. The final pre-trial conference is adjourned to April 16, 2024 at 2:30 p.m. The parties shall submit a reworked calendar of dates for pre-trial motions and hearings to the Court in accordance with this new timeline. Additionally, the conference set for January 23, 2024 is adjourned to February 7, 2024 at 11:00 a.m. In the interest of justice, time is excluded until the start of trial.

The Defendants' motion for a jury questionnaire, ECF No. 129, is denied. Moreover, the Defendants' joint motion to dismiss Count 11 of the Indictment, ECF No. 124, is denied as moot due to the superseding indictment filed by the Government.

My order dated January 16, 2024, ECF No. 122, is vacated, and the Clerk of Court shall terminate ECF No. 133, the Defense's motion for trial adjournment.

SO ORDERED.

Dated:   January 22, 2024               ___/s/ Alvin K. Hellerstein___
         New York, New York             ALVIN K. HELLERSTEIN
                                        United States District Judge