UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
: **ORDER**
: **REGULATING**
: **VOIR DIRE**
:
-against- : 22 Cr. 240 (AKH)
:
:
:
SUNG KOOK (BILL) HWANG and PATRICK :
HALLIGAN, :
:
Defendants. :
:
----------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court proposes to follow the following protocol for jury selection, subject to comments by counsel, and orders counsel to meet and confer to advise the Court on any changes by March 15, 2024.

Voir dire will take place over the course of two days, May 8 and May 9, 2024. May 8 will be focused on whether the jurors are able to sit for the length of the trial. Each juror will be questioned separately and asked if there are extraordinary circumstances which prevent them from sitting for six to eight weeks. I will introduce them to the question by presenting a brief summary of the facts of the case:

> You are here to be considered for a jury in a criminal case, United States vs. Sung Kook Hwang, or Bill Hwang as he is known, and Patrick Halligan. The government alleges that defendants violated the racketeering, securities and wire fraud laws of the United States. Defendants deny that they violated these laws and are presumed to be innocent. The government has the burden to prove the allegations against the defendants beyond a reasonable doubt. The jury's verdict will determine if the government has satisfied its burden.
> Counsel estimate that the trial should last 6 to 7 weeks, but I will do my best to make it shorter, consistent with fairness to all parties. Generally, we will hear evidence Mondays

through Thursdays, 10 a.m. to 5 p.m., with breaks for lunch and coffee. It is not likely that you will have to report Fridays.
Are there any extraordinary circumstances that prevent you from performing your civic duty to sit as a juror?

If not excused, jurors will be released for the day and told to return the following day, May 9, at 10:00 a.m, to the courtroom designated for the trial, not the jury room.

On May 9, the jurors who can sit will be subject to voir dire. There will be a jury of twelve and four alternate jurors. An array of thirty-six jurors will be seated, each to be replaced if and as they are excused from serving. To the first twenty-eight jurors of the array, defendants will have ten peremptory challenges, and the government, six, to select a jury of twelve. For the next four jurors to sit as alternates, the defendants will have two peremptories and the government will have two peremptories, to choose four alternates. The Court expects that a full jury will be sworn in by the end of the day. Opening statements will begin the following Monday, May 13 at 10:00 a.m.

SO ORDERED.

Dated:      February 26, 2024
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge