UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA :
:
: **SCHEDULING ORDER**
     -against- :
: 22 Cr. 240 (AKH)
:
SUNG KOOK (BILL) HWANG and :
PATRICK HALLIGAN, :
:
                              Defendants. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The final pre-trial conference set for this Thursday, April 11 will begin at 10:00 a.m. instead of 2:30 p.m. and will continue through the day.  If issues remain following Thursday's conference, the Court will take them up on Monday, April 15, 2024 beginning at 11:00 a.m.

Dated:      SO ORDERED.      __/s/ Alvin K. Hellerstein__
                                    ALVIN K. HELLERSTEIN
      April 9, 2024      United States District Judge
      New York, New York