

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 25, 2024

**VIA ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Hwang and Halligan*,
                S1 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

    Further to the Government's October 11, 2024 letter (Dkt. 323), the Government respectfully writes to transmit to the Court and the defense submissions that the Government received from two additional victims of the defendants' crimes who are seeking restitution in connection with sentencing—counterparties Macquarie and Nomura. The submissions contain personally identifiable information and other sensitive victim information, and thus the Government respectfully requests that the submissions be filed under seal. The Government will transmit to the Court, the defense, and Probation any further submissions that the Government receives.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

                By:  s/_____
                      Matthew Podolsky
                      Alexandra Rothman
                      Samuel P. Rothschild
                      Andrew Thomas
                      Assistant United States Attorneys
                      Tel.: (212) 637-1947/-2580/-2504/-2106

Cc:    U.S. Probation Officer Johnny Y. Kim (via email)
        Counsel of Record (via ECF and email)