UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
: **ORDER REGULATING**
: **PROCEEDINGS**
-against- :
: 22 Cr. 240 (AKH)
:
SUNG KOOK (BILL) HWANG and :
PATRICK HALLIGAN, :
:
Defendants. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The restitution hearing scheduled for March 17, 2025 is canceled.

Pursuant to 18 U.S.C. § 3664(d)(6), I respectfully refer the determination of which former Archegos employees are "victims" for purposes of restitution under 18 U.S.C. § 3663A(a)(2), and how much restitution each is entitled to, to United States Magistrate Judge Barbara Moses. By June 13, 2025, Magistrate Judge Moses shall submit "proposed findings of fact and recommendation as to disposition" to the Court for *de novo* review. 18 U.S.C. § 3664(d)(6).

The final sentencing hearing, scheduled for April 8, 2025, is adjourned to July 22, 2025, at 10:00 a.m., and will be held in Courtroom 14B.

SO ORDERED.

Dated:     March /2, 2025
           New York, New York

                                                    /s/ Alvin K. Hellerstein
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge