Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States v.

SUNG KOOK (BILL) HWANG

Docket No.: 22-cr-240

Hon. Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that Sung Kook (Bill) Hwang appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____ (specify)

entered in this action on August 7, 2025
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence | X |  Other |___|

Defendant found guilty by plea | |  trial | ✓ |  N/A | |

Offense occurred after November 1, 1987?  Yes | X |  No | |  N/A | |

Date of sentence: 12/19/2024  N/A |___|

Bail/Jail Disposition: Committed |___|  Not committed | ✓ |  N/A | |

U.S. DISTRICT COURT FILED AUG 0 7 2025 S.D. OF N.Y.

Appellant is represented by counsel? Yes X | No | |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Alexandra A.E. Shapiro |
| Counsel's Address: | Shapiro Arato Bach LLP |
| | 1140 Avenue of the Americas, 17th Floor, New York, NY 10036 |
| Counsel's Phone: | 212-257-4881 |
| Assistant U.S. Attorney: | Andrew Thomas |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212-637-2106 |

Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Aug 7, 2025 3:07PM

SUNG KOOK (BILL) HWANG

| Rcpt. No: 42169 | | Trans. Date: Aug 7, 2025 3:07PM | | | Cashier ID: #JE (6744) | |
|---|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | | 605.00 | 605.00 |

| CD | Tender | | | | | Amt |
|---|---|---|---|---|---|---|
| CH | Check | #5939 | 08/7/2025 | | | $605.00 |
| | | | Total Due Prior to Payment: | | | $605.00 |
| | | | Total Tendered: | | | $605.00 |
| | | | Total Cash Received: | | | $0.00 |
| | | | Cash Change Amount: | | | $0.00 |

**Comments:** 22CR240 AKH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.